**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

THOMAS P. FARRELL, JR.                     :     No. 343 WAL 2019
                                           :
                                           :
                                           :
            v.                             :     Petition for Allowance of Appeal
                                           :     from the Order of the Superior Court
                                           :
AMY FARRELL                                :
                                           :
                                           :
PETITION OF: LAVIETA LERCH                 :

## **ORDER**


**PER CURIAM**

     **AND NOW**, this 17th day of March, 2020, the Petition for Allowance of Appeal is
**DENIED**.